Case 4:25-cv-00062   Document 29   Filed 02/20/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRYL ROBINSON,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00062 |
| GROCERS SUPPLY,<br>    Defendant. | §<br>§<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 29, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Richard W. Bennett under 28 U.S.C. § 636(b)(1). (Dkt. 24). Judge Bennett filed a *Memorandum and Recommendation* on December 2, 2025, recommending that Defendant's Motion to Dismiss (Dkt. 17) be granted. (Dkt. 28).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)  Judge Bennett's *Memorandum and Recommendation* (Dkt. 28) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)  Defendant's Motion to Dismiss (Dkt. 17) is **GRANTED;**

(3) Plaintiff's Complaint and Amended Complaint (Dkts. 1, 16) are **DISMISSED WITH PREJUDICE;** and

(4) Plaintiff's Motion to Review (Dkt. 22) is **DENIED as MOOT.**

It is so **ORDERED**.

Signed at Houston, Texas on February 20, 2026.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE