United States District Court
Southern District of Texas

**ENTERED**

May 06, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRYL ROBINSON, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00062 |
| | § | |
| GROCERS SUPPLY, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 29, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Richard W. Bennett under 28 U.S.C. § 636(b)(1). (Dkt. 24). Judge Bennett filed a *Memorandum and Recommendation* on March 25, 2026, recommending that Plaintiff's motion to proceed *in forma pauperis* on appeal (Dkt. 31) be denied. (Dkt. 33).

On April 8, 2026, Plaintiff filed his objections. (Dkt. 35). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this *de novo* review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 35) are

1 / 2

**OVERRULED**. The Court **ACCEPTS** Judge Bennett's *Memorandum and Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1)    Judge Bennett's *Memorandum and Recommendation* (Dkt. 33) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)    The Court **CERTIFIES** that Plaintiff's appeal is not taken in good faith; and

(3)    Plaintiff's Motion (Dkt. 31) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on May 6, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE